**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 APR -9  A 10: 47

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| JOHN TUFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 311-108 |
| | ) |
| JONATHAN WRIGHT, Officer, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 9). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, and this civil action shall be **CLOSED**.

SO ORDERED this 9th day of April, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE